# EXHIBIT A



| Receipt Number | | Case Type | |
|---|---|---|---|
| IOE9178973443 | | I130 - PETITION FOR ALIEN RELATIVE | |
| Received Date | Priority Date | Petitioner | |
| 08/03/2024 | 08/03/2024 | ABBASI, ABDUL NAQEEB | |
| Notice Date | Page | Beneficiary | |
| 08/03/2024 | 1 of 1 | MENGAL, FOUZIA | |



ABBASI, ABDUL NAQEEB
c/o ABDUL NAQEEB ABBASI

SUNNYVALE CA

**Notice Type:** Receipt Notice
Amount received: $625.00 U.S.
Section: Husband or wife of U.S Citizen, 201(b) INA

This notice confirms that USCIS received your application or petition ("this case") as shown above.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing time** - Processing times vary by form type.
• Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
• If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
• When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**USCIS Contact Center: www.uscis.gov/contactcenter**



# EXHIBIT B

 Outlook

---

**URGENT Constituent Inquiry: Expedite Request for I-130 / K-3 Spouse Petition (Fouzia Mengal) – Case I-130 [IOE9178973443] – Case K3 [LIN2490198537]**

**From** Naqeeb Abbasi <  >

**Date** Mon 10/27/2025 11:47 AM

**To**

Respected Senator

I am writing to request your office's urgent intervention and assistance in following up on and expediting my I-130 Petition for Alien Relative, filed for my spouse, Fouzia Mengal. I am a constituent residing in Sunnyvale, CA, and the current delay in processing is causing significant hardship and threatening the cohesion of my family.

Case Details and Anomaly

Petitioner: **Abdul Naqeeb Abbasi**
Beneficiary: **Fouzia Mengal (Karachi, Pakistan)**
Application Type: **I-130 Petition for Alien Relative (Spouse)**
Priority Date (PD): **August 3rd, 2024**
Receipt Number (I-130): **[I-130 IOE9178973443]**
Receipt Number (K-3, if available): **[K-3 LIN2490198537]**

My application has been pending for approximately 15 months with no meaningful progress. This delay is concerning, as USCIS processing times currently indicate that cases with Priority Dates later than mine (including some from late August and September 2024) are already being reviewed and approved. I fear my petition has been stalled or overlooked, despite having reached the normal processing window for its service center.

**Urgent Humanitarian Request**

The primary reason for this expedite request is the **time-sensitive need for my family to unite**. I am a single father to two teenage sons, aged 17 and 16. My **elder son is scheduled to leave home and begin his pre-med program at UC Davis in August 2026**.

I have a **critical, non-negotiable window of only ten months (October 2025 to August 2026)** to allow **my wife, Fouzia Mengal, to join us and establish a stable, united family environment before my elder son moves out.** This short period is essential for building a strong family foundation and for my wife to establish a critical bond with both boys during this pivotal transition in their lives.

**Extenuating Hardship for Spouse**

Additionally, my wife is currently experiencing extreme personal hardship in Pakistan. **She is staying at her brother's residence in Karachi and does not have a dedicated room or adequate personal space**, relying entirely on the generosity of her brother's family. Expediting this petition would resolve her difficult living situation and allow her to begin building a life with her family here in the U.S.

**Request for Intervention**

Considering the processing anomaly, the severe personal hardship faced by my wife, and the limited, time-sensitive window to reunite my family before my elder son departs for college, I respectfully request that your office:

1. **Contact USCIS** on my behalf to investigate the status of I-130 Petition [I-130 IOE9178973443].

2. **Request an expedite** of the I-130 petition based on compelling humanitarian grounds and extreme personal hardship.

3. **Follow up** on the status of the associated K-3 application (if applicable) and its transition to the National Visa Center (NVC), as we anticipate an additional 10-month wait at the Islamabad Embassy once the I-130 is approved.

Thank you for your attention to this urgent matter. Please let me know if any further documentation is required from my end. I can be reached immediately at the contact information below.

Sincerely,

Abdul Na eeb Abbasi



unnyva e

# EXHIBIT C



CE   Caragozian, Emma (Schiff) < ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >

To: You                                                                                    Fri 11/7/2025 12:04 PM

Dear Mr. Abbasi,

Thank you for your message.

Per USCIS, the "processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed." If your case has not been adjudicated within the processing time posted on the USCIS website, which is currently 17 months, please let me know, and our office will be happy to inquire about the status of your case.

If you believe your case merits expedited processing based on any of the criteria on the USCIS website, our office can assist you with submitting an expedite request. If you wish to proceed with an expedite request, please provide a written statement, the established USCIS criteria under which the expedite is being requested, and documentation supporting and justifying the emergency or urgent nature of the request.

Please let me know if you have any further questions.

Sincerely,
Emma

**Emma Caragozian | Constituent Services Representative**
(she, her, hers)
U.S. Senator Adam B. Schiff
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Burbank, CA ▓▓▓▓▓▓
▓▓▓▓▓▓

**ADAM SCHIFF**
U.S. SENATOR for CALIFORNIA

· · ·

↩ Reply     ↪ Forward

# EXHIBIT D

12/7/25, 12:44 PM                                      Inbox - Naqeeb Abbasi - Outlook

 Outlook

---

## CIS Ombudsman Request Number 20250180262 for Abdul Abbasi

**From** cisombudsman 

**Date** Thu 10/30/2025 4:48 PM

**To** Abdul Abbasi <

---

Dear Abdul Abbasi,

Thank you for submitting a case assistance request on DHS Form 7001, *Request for Case Assistance* to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman). For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so in two ways:

- *Option 1:* Go to the Upload Requested Documents *(after submitting your request)* tab on our online DHS Form 7001 page. Enter your CIS Ombudsman Request Number and email address, upload your documents, and then submit them.
- *Option 2:* Reply to this email and attach the requested documents. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, **each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will** *only* **be able to review and submit an inquiry for you for the primary form receipt**. If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and for Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?** The CIS Ombudsman works first on requests that fall

under one of our priority issues. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description provided in Section 2 of the form involves:

- Undelivered USCIS notices or decisions – Such as receipt notices, requests for evidence, appointment notices, or denial notices where USCIS' Case Status Online page indicate that it issued one, or instances where the U.S. Postal Service returned a card or document to USCIS as non-deliverable.
- Aging out of eligibility – Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information.
- U.S. military personnel – Certain cases involving U.S. military personnel and their families.
- Improper rejections – Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law.
- Typographical errors – Typographic errors (such as the wrong name or date of birth) in immigration documents, such as Green Cards or employment authorization documents.
- Emergency or hardship – Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria.
- Expedites – Expedite requests that were approved, and the agency has not issued a notice or decision on your pending form within the last 45 days.
- Transfers to the Department of State – Delays in sending approved petitions to the Department of State.


Our goal is to assign these types of requests to one of our analysts within 14 business days. For other types of requests, our review and response time may be further delayed. If the issue described in Section 2 of your form indicated that your case has been pending past the USCIS inquiry date (which may be different from the processing times USCIS posts on its website), we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

**Next steps:**
We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001.

- If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resubmit the document.
- Use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to see where your request is in our process.
- Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.


**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
    - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does *not* protect your appeal rights or extend any USCIS deadlines you may face.**
    - If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.

- ○ If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.
- ○ If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.
- **Consent:**
  - ○ We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.
  - ○ If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.
  - ○ **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.
    - ■ In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.
    - ■ If you need to update your address with USCIS, USCIS has special procedures for you to update your address. See USCIS' Change of Address Procedures for VAWA/T/U Cases and Form I-751 Abuse Waivers page for instructions.
  - ○ **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.
- **Change of Address:**
  - ○ If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way may be to do so via USCIS' new Enterprise Change of Address self-service tool or via USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for pending applications or petitions at the same time. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it orders and prints a decision or other notice.
- **Emergency travel:**
  - ○ If you have an urgent need to travel, you may wish to submit an expedite request or consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.
- **Duplicate pending congressional inquiries:**
  - ○ To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.


Thank you in advance for your patience and understanding.

Sincerely,

U.S. Department of Homeland Security
Office of the Citizenship and Immigration Services Ombudsman
202-357-8100 | 1-855-882-8100

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | 20250180262 |
| *Applicant/Beneficiary/Petitioner* | |
| **Name:** | Abdul Abbasi |
| **Contact Information:** | ████████████<br><br>SUNNYVALE Californi ████<br><br>Primar  E-mail Address  to receive Ombudsman updates):<br>████ ████████████<br>Phone:<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | ██ 980 |
| **Country of Birth:** | Pakistan |
| **Alien Registration Number:** | |
| *Application/Petition Information* | |
| **Application/Petition Information:** | USCIS Receipt Date: 8/3/2024 3:00 AM |
| | USCIS Form: I-130- Petition for Alien Relative |
| | Receipt Number: IOE9178973443 |
| | Form Category: U.S. citizen filling for a spouse, parent, or child under 21 |
| **Type of Immigration Benefit Sought:** | Family |
| *Reason(s) for Requesting Case Assistance* | |
| **Reason(s) for Requesting Case Assistance:** | Mailing issues, including non-delivery of correspondence and/or immigration documents: No<br>Beneficiary may "age-out" of eligibility for the requested immigration |

benefit. Consult the Child Status Protection Act website: No
Certain cases involving U.S. military personnel and their families: No
Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No
Typographic error(s) on immigration documents: No
Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No
Lost files and/or file transfer issues: No
Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No
Priority-2 Direct Access Program: No
Systemic issue(s) that should be given higher level review:  No
Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): No
Case has no posted processing times, and my case has been pending for more than six months: No

Other (specify): Yes

| | |
|---|---|
| **Description:** | Our petition was filed in August 2024 and remains pending for more than 15 months. USCIS has adjudicated numerous I-130 petitions with priority dates from both August 2024 and September 2024after my filing datewhile my petition remains untouched. This demonstrates that:1. USCIS possesses the capacity to adjudicate cases from this time period.2. My case has been arbitrarily bypassed or overlooked without justification.3. The delay is not attributable to systemic backlogs but rather to agency inaction specific to my petition.I am a divorced (now remarried) single father and majority custodial parent of two teenage sons, ages 17 and 16. I bear the full weight of financial responsibility, full-time employment, and all parenting duties while supporting my sons through critical life transitions. My wife's presence is not merely desiredit is essential to maintaining family stability during this pivotal period.My wife, Fouzia, is enduring difficult living conditions in Pakistan without a private room or personal space, residing with her brother's family. She faces an additional 10-month delay at the U.S. Embassy in Islamabad after I-130 approval, compounding the urgency and creating extreme hardship that worsens daily.My elder son will begin his pre-medical program at UC Davis in August 2026nine months from this notice. This represents a rapidly closing window for my wife to join our family and establish bonds with my sons before my eldest leaves home permanently. After years of single parenting, my sons desperately need the stability and maternal presence that Fouzia would provide. My younger son (age 16) will have only this finite period to build a relationship with his stepmother before his brother's departure fundamentally changes our family dynamic. Once my elder son leaves for college, the opportunity to unite as a four-person family unit will be permanently lost. |

Prior Actions Taken

| | |
|---|---|
| **Actions Taken with USCIS for Resolution** | Requested assistance from USCIS using its e-Request tool: No |
| | Emailed the lockbox: No |

Contacted USCIS at its toll-free number 1-800-375-5283: No

For refugee applicants: No
For T visa, U visa, or Violence Against Women Act (VAWA) benefits: No
Other: Yes

Please Describe: I have reached out to USCIS via Emma agent several times and have had chats with representatives. I have also tried reaching out via Congressman Ro Khanna and Senator Adam Schiff's offices:

Our petition was filed in Aug 2024 and remains pending for more than 15 months. USCIS has adjudicated numerous I-130 petitions with priority dates from both Aug 2024 and Sept 2024—after my filing date—while my petition remains untouched. This demonstrates that:
1. USCIS possesses the capacity to adjudicate cases from this time period.
2. My case has been arbitrarily bypassed or overlooked without justification.
3. The delay is not attributable to systemic backlogs but rather to agency inaction specific to my petition.

I am a now remarried single father and majority custodial parent of 2 teenage sons, ages 17 and 16. I bear the full weight of financial responsibility, full-time employment, and all parenting duties while supporting my sons through critical life transitions. My wife's presence is not merely desired—it is essential to maintaining family stability during this pivotal period.

My wife, Fouzia, is enduring difficult living conditions in Pakistan without a private room or personal space, residing with her brother's family. She faces an additional 10-month delay at the U.S. Embassy in Islamabad after I-130 approval, compounding the urgency and creating extreme hardship that worsens daily.

Elder son will begin his pre-med program at UC Davis in Aug 2026—9 months from heree. This represents a rapidly closing window for my wife to join our family and establish bonds with my sons before my eldest leaves home permanently. After years of single parenting, my sons desperately need the stability and maternal presence that Fouzia would provide. My younger son (age 16) will have only this finite period to build a relationship with his stepmother before his brother's departure fundamentally changes our family dynamic. Once my elder son leaves for college, the opportunity to unite as a four-person family unit will be permanently lost.

| | |
|---|---|
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No<br><br>Contacted a U.S. congressional representative for assistance: Yes<br>    9/2/2025 3:00 AM<br>Submitted an inquiry through a non-governmental organization or bar/trade association: No<br>Filed an appeal or motion challenging a USCIS decision denying benefits: No |

**Attorney/Accredited Representative**

| | |
|---|---|
| **Attorney/Representative Information:** | Phone: |

I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. No

I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No

I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No

Other: No

|  | **Supporting Documentation** |
|---|---|
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.**<br><br>The following  documents were submitted with your request for case assistance: |
|  | **Verification** |
| **Signature:** | Abdul Naqeeb Abbasi |

# EXHIBIT E

 Naqeeb Abbasi

To: Chien, Simeone

 Reply    Reply all    Forward

Tue 12/2/2025 9:02 AM

Dear Simeone Chien and Team,

I hope you are doing well. I am writing to follow up on my I-130 petition for my spouse, which was filed under the IR-1 category and received by USCIS on **August 3, 2024** at the Nebraska Service Center.

It has now been **16 months since the priority date**, and I have observed that cases with similar or even later priority dates have already been processed. Given this significant delay, I respectfully request the Office of Congressman Ro Khanna to submit a status inquiry to USCIS on my behalf.

Please let me know if you require any additional details or documentation to proceed. I truly appreciate your continued support and assistance in this matter.

Thank you for your time and consideration.

Best regards,
Abdul Naqeeb Abbasi

...

# EXHIBIT F



CS  Chien, Simeone<Simeone.Chien@mail.house.gov>
To: You
Tue 12/2/2025 10:47 AM

Hello,

Thank you for following up. I checked your case again today, and unfortunately, it is still within normal processing times.

From USCIS: Your case is processing normally. The earliest you can submit questions is May 05, 2026. Please do not contact us before this date.

You may contact our office again after 5/5/2026

**Simeone Chien**
Director of Constituent Services
**CONGRESSMAN RO KHANNA (CA-17)**
████████████ Santa Clara, CA ███
Office: ████████████
Visit our website
Sign up for our monthly newsletter
How am I doing?

...

↩ Reply    → Forward

# EXHIBIT G

 **Outlook**

---

### RE: URGENT Constituent Inquiry: Expedite Request for I-130 / K-3 Spouse Petition (Fouzia Mengal) - Case I-130 [IOE9178973443] - Case K3 [LIN2490198537]

---

**From** Caragozian, Emma (Schiff) ‹████████████████████████›
**Date** Mon 1/12/2026 4:37 PM
**To** Naqeeb Abbasi ████████████████

Dear Mr. Abbasi,

I hope all is well.

Please see the response below from USCIS:

> Form I-129F: LIN2490198537
>
> Form I-130: IOE9178973443
>
> Good morning Emma,
>
> This email is in response to your inquiry regarding the immigration concerns of your constituent.
>
> I will ask for a supervisory review of the I-129F case. Please check back with us in 30 days if we have not sent your constituent any notice in that time. Please note that major case-specific updates should be available through the USCIS "Case Status Online" tool (https://egov.uscis.gov/casestatus/landing.do
>
> Sincerely,
>
> USCIS Service Center Congressional Liaison

It has been a privilege to be of service. Please do not hesitate to contact our office if we can be of assistance in the future with this issue or other federal matters.

Sincerely,
Emma

**Emma Caragozian | Constituent Services Representative**
(she, her, hers)
U.S. Senator Adam B. Schiff
████████████████████████████
Burbank, CA ████████
███████████

